**Order entered October 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01228-CR

**BRANDY MECHELLE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1300510-X**

## ORDER

The State's October 6, 2015 motion to extend time to file a brief is **GRANTED**, and the

brief received on October 6, 2015 is **ORDERED** filed as of that date.

/s/    MOLLY FRANCIS
        PRESIDING JUSTICE